IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SCOTT J. MORELAND,<br><br>    Plaintiff,<br><br>ANDREW SAUL,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CV No.: 6:18-cv-01801-SI<br><br>ORDER FOR PAYMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |

This Court, having reviewed Plaintiff's Motion and Declaration, along with the arguments presented by Plaintiff and Defendant, hereby awards Plaintiff attorney fees in the amount of $8,432.13 and costs in the amount of $0.00 for a total award of $8,432.13, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

The EAJA attorney fees and costs will be paid to Plaintiff's attorney subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Plaintiff has no such debt, then the check for EAJA fees and costs shall be made payable to Plaintiff's attorney, Robyn M. Rebers, based upon Plaintiff's assignment of these fees to his attorney, and mailed to Plaintiff's attorney at: P.O. Box 3530, Wilsonville, OR 97070.

:::

:::

If Plaintiff has a qualifying debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's counsel, Robyn M. Rebers, at the address stated above.

IT IS SO ORDERED.

DATED this 6th day of March, 2020.

/s/ Michael H. Simon
MICHAEL H. SIMON
United States District Judge

Presented by:
Robyn M. Rebers, OSB# 034309
Attorney for Plaintiff